Carino Reyes Pacheco / 241021069
Name and Prisoner/Booking Number

Pima County Jail
Place of Confinement

P.O. Box 951
Mailing Address

Tucson, AZ 85702
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)



FILED ___ RECEIVED ___ LODGED ___ COPY

MAY 27 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Carino Reyes Pacheco
(Full Name of Plaintiff)
        Plaintiff,

vs.

(1) Lindley, N #6754
(2) Gonzale, J #9400
(3) Rosales, R #9726
(4) McDonoy, G #9761
(Full Name of Defendant)
        Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

"Jury Trial Demanded"

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Pima County Jail - Tucson, AZ

550/555

## B. DEFENDANTS

1. Name of first Defendant: __Lindley, N #6754__. The first Defendant is employed as: __Sargent-CO__ at __Pima county Jail__.
   (Position and Title)                                 (Institution)

2. Name of second Defendant: __Gonzale, J #9400__. The second Defendant is employed as: __Correction officer__ at __Pima county Jail__.
   (Position and Title)                                 (Institution)

3. Name of third Defendant: __Rosales, R #9726__. The third Defendant is employed as: __Correction officer__ at __Pima County Jail__.
   (Position and Title)                                 (Institution)

4. Name of fourth Defendant: __MC Donoy, G #9761__. The fourth Defendant is employed as: __Correction officer__ at __Pima County Jail__.
   (Position and Title)                                 (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __N/A__ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: __N/A__ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: __N/A__ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Amendment 8 of the bill of rights of the constitution of USA

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☑ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On october 21st of 2024 - Between the hours of 1400-1500 Inside the Pima County Jail known as P+ Area - Intake Area - Strip search Area all 3 correction officer and 1 sargent violated my 8th Amendment of the bill of rights by using excessive use of force on me Carino Pacheco Reyes by slamming my face into the wall by there strength in both there hands, they also pulled my arm as well with there strength using both hands, the result of this lead to a dislocated shoulder and fractured collar bone. Am a mexican spanish speaker only, so when commeands where given to me by CO and Sgt. - I didn't understood them, until the end, a spanish speaker CO came in - Lopez, A #9712 at that time everything had passed already.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   The result of this lead to a dislocated shoulder and a fractured collar bone by chest area as all 4 correction officers used excessive use of force on me, using there strength on both there hands.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☑ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I was scared that Retaliation will take place on me by jail staff

## COUNT II

1. State the constitutional or other federal civil right that was violated: Amendment 8 of the bill of rights of the constitution of USA

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☑ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On October 21st of 2024 - Between the hours of 1400-1500 - inside the Pima County Jail known as Pit Area - Intake Area - Strip search area Sargent Lindley, N#6754 Violated my 8th Amendment of the bill of rights by using Excessive use of Force on me Carino Reyes Pacheco by using his taser gun on me. Am mexican Spanish Speaker only, when commands where given to me I didn't understood what correction officers meant, at the end of everything that took place a Spanish Speaker co came to assit who's name is - Lopez, A 9713 by then everything was over. On the Jail Incident Report time frame doesnt reflect the correct time in which my rights where violated by correction officers of Pima county Jail they say it took place at 20:54:33 on 10/21/24 but it took place around the hours of 1400-1500 before shift change

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   As Sargent Lindley, N#6754 use his taser gun on me, I recived a burn on my back left shoulder area that lasted about a week mark.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☑ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I was scared that Retaliation will take place on me by Jail Staff.

**COUNT III**

1. State the constitutional or other federal civil right that was violated: N/A

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.  N/A
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. N/A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). N/A

5. **Administrative Remedies.** N/A
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:
I Carino Reyes Pacheco am suing the Pima County Jail in Tucson Arizona for seven million dollars - [7-Million Dollars] for the reason that I Will not be the same with the injuries caused by Pima County correction officers staff personal on me on 10-21-2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 9th 2025**
                DATE

_[signature]_
SIGNATURE OF PLAINTIFF

**Rosalio Monge JR**
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.